# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

MICHAEL FEAST #633348            CASE NO. 1:17-CV-00128 SEC P

VERSUS                          CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET     MAGISTRATE JUDGE PEREZ-MONTES
AL

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 26, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this __6th__ day of ___April___, 2017.

_____

Joseph H. L. Perez-Montes
United States Magistrate Judge